**I. (c) Plaintiff Attorneys:**

Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

Ryan Walters
Deputy Chief, Special Litigation Division
Texas Bar No. 240105085
ryan.walters@oag.texas.gov

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501
Munera.al-fuhaid@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-1139
Fax: (512) 474-2697

**I. (a) Defendants:**

Miguel Cardona, in his official capacity as Secretary of Education;

United States Department of Education;

Merrick B. Garland, in his official capacity as Attorney General of the United States;

United States Department of Justice,