UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *Defendants.* | No. _____ |

**CERTIFICATE OF INTERESTED PERSONS**

    I do hereby certify, pursuant to the Local Rules of the Northern District of Texas, that other than the State of Texas, Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; Merrick B. Garland, in his official capacity as Attorney General of the United States; and United States Department of Justice,., counsel for the Plaintiff is unaware of any person with an interest in the outcome of this case.

Dated June 14, 2023.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

Respectfully submitted.

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801

RYAN WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 240105085

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

**Counsel for the State of Texas**