```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION

THE STATE OF TEXAS              §
                                §
VS.                             §     ACTION No. 4:23-CV-604-Y
                                §
UNITED STATES DEPARTMENT OF     §
EDUCATION, et al.               §
```

## NOTICE OF RECUSAL

The undersigned judge, having assumed senior status, desires to have this case re-assigned to an active-status judge. The clerk of Court is therefore **DIRECTED** to re-assign this case by random draw to another judge.

SIGNED June 16, 2023.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE