UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *PLAINTIFF*,<br><br>v.<br><br>MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *DEFENDANTS*. | No. 4:23-CV-00604-O |

## STATE OF TEXAS' NOTICE OF APPEARANCE

Plaintiff, the State of Texas files this Notice of Appearance and hereby notifies the Court that Ethan Szumanski will appear as counsel in the above-captioned case along with counsel listed below. Ethan Szumanski is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is contained in the signature block:

| | |
|---|---|
| Dated June 20, 2023. | Respectfully submitted. |
| JOHN SCOTT<br>Provisional Attorney General | LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801 |
| BRENT WEBSTER<br>First Assistant Attorney General | RYAN WALTERS<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 240105085 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501 |
| | ETHAN SZUMANSKI<br>Assistant Attorney General<br>Texas Bar No. 24123966 |
| | Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>leif.olson@oag.texas.gov<br>ryan.walters@oag.texas.gov<br>Munera.al-fuhaid@oag.texas.gov<br>ethan.szumanski@oag.texas.gov |
| | **Counsel for the State of Texas** |

## Certificate of Service

I certify that on June 20, 2023, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Ethan Szumanski*
Ethan Szumanski
Assistant Attorney General