# AFFIDAVIT OF SERVICE

| Case: 4:23-cv-00604-Y | Court: United State District Court for the Northern District of Texas Fort Worth Division | County: Tarrant, Tx | Job: 9037457 (171-AG-06-CX377448980-United States Department of Justice) |
|---|---|---|---|
| **Plaintiff / Petitioner:** State of Texas | | **Defendant / Respondent:** Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; Merrick B. Garland, in his official capacity as Attorney General of the United States; and United States Department of Justice, | | |
| **Received by:** Phillip Hendrix | | **For:** Process to Process Deliveries | | |
| **To be served upon:** United States Department of Justice | | | | |

I, PhIllip Hendrix, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** United States Department of Justice, Company: 1100 Commerce St 3rd Floor, Dallas, TX 75242

**Manner of Service:** Government Agency, Jun 20, 2023, 12:20 pm CDT

**Documents:** Complaint (Received Jun 15, 2023 at 9:59am CDT), Exhibit A (Received Jun 15, 2023 at 9:59am CDT), Exhibit B (Received Jun 15, 2023 at 9:59am CDT), Exhibit C (Received Jun 15, 2023 at 9:59am CDT), Exhibit D (Received Jun 15, 2023 at 9:59am CDT), Civil Cover Sheet (Received Jun 15, 2023 at 9:59am CDT), Civil Info Sheet Supplement (Received Jun 15, 2023 at 9:59am CDT), CERTIFICATE OF INTERESTED PERSONS (Received Jun 15, 2023 at 9:59am CDT), Summons In A Civil Action (Received Jun 15, 2023 at 9:59am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 20, 2023, 12:20 pm CDT at Company: 1100 Commerce St 3rd Floor, Dallas, TX 75242 received by United States Department of Justice. Age: 45-50; Ethnicity: Caucasian; Gender: Female; Other: Recipient was wearing a red and white dress. ; Stacy Doucent, Legal Admin Specialist, accepted the documents as authorized.

*Phillip Hendrix*                                   06/20/2023

PhIllip Hendrix                                     Date
PSC# 20142

Phillip Hendrix
4425 W AIRPORT FWY SUITE 356
IRVING, TX 75062
972-748-8574