# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | No. 4:23-cv-604-O |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of John T. Lewis as counsel for Defendants in this matter. All future correspondence and other communications regarding this matter should be directed to Mr. Lewis at the address and phone number below. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated: August 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460

E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*