IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>    *Defendants*. | No. 4:23-cv-604-O |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Miguel Cardona, in his official capacity as Secretary of Education, the United States Department of Education, Merrick B. Garland, in his official capacity as Attorney General of the United States, and the United States Department of Justice hereby respectfully move for a one-week extension of time to respond to the Complaint, ECF No. 1.

Defendants' response is currently due on August 21, 2023. Defendants seek this extension given counsel's briefing deadlines in several other matters during the month of August. This is Defendants' first request for an extension of any deadline in this case, and a one-week enlargement of time will not prejudice any party. Defendants' counsel corresponded with Plaintiff's counsel by email on August 9 and 11, 2023, who represented that Plaintiff does not oppose the requested extension.

For these reasons, Defendants respectfully request that the Court extend their deadline to respond to the Complaint to on or before August 28, 2023.

1

Dated: August 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 9 and 11, 2023, I conferred by email with counsel for Plaintiff concerning the relief requested in this filing. Counsel for Plaintiff indicated that Plaintiff did not oppose this motion.

*/s/ John T. Lewis*
John T. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis
