IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | No. 4:23-cv-604-O |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Upon consideration of the motion for extension of time filed by Defendants Miguel Cardona, in his official capacity as Secretary of Education, the United States Department of Education, Merrick B. Garland, in his official capacity as Attorney General of the United States, and the United States Department of Justice, the motion is hereby GRANTED. Defendants shall respond to the Complaint on or before August 28, 2023.

Dated: _____     _____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE