UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    PLAINTIFF,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    DEFENDANTS. | No. 4:23-CV-00604-O |

## MOTION OF PLAINTIFF STATE OF TEXAS FOR WITHDRAWAL OF COUNSEL

Plaintiffs' file this file this Unopposed Motion to Withdraw Leif A. Olson as their attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below, with Ryan Walters as lead counsel. This withdrawal will not delay any proceedings. The Defendants have not filed a notice of appearance in this case.

| | |
|---|---|
| Dated August 14, 2023. | Respectfully submitted. |
| ANGELA COLMENERO<br>Provisional Attorney General | /S/ RYAN WALTERS<br>RYAN WALTERS<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 240105085 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501 |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | ETHAN SZUMANSKI<br>Assistant Attorney General<br>Texas Bar No. 24123966 |
| | Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>leif.olson@oag.texas.gov<br>ryan.walters@oag.texas.gov<br>Munera.al-fuhaid@oag.texas.gov<br>ethan.szumanski@oag.texas.gov |
| | **Counsel for the State of Texas** |