UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | No.4:23-CV-00604-O |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record and Ryan Walters is listed as lead counsel for the Plaintiffs.

SIGNED this _____ day of _____, 2023.

_____
United States District Judge