IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00604-O |
| MIGUEL CARDONA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time (ECF No. 12), filed August 11, 2023. Noting that the motion is unopposed and that it may promote the efficient resolution of this dispute, the Court finds good cause and **GRANTS** the motion. Defendants **SHALL** file their answer or other responsive pleading **by August 28, 2023**.

**SO ORDERED** on this **15th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE