IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| THE STATE OF TEXAS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00604-O |
| MIGUEL CARDONA, *et al.*, | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Withdrawal of Counsel (ECF No. 13), filed August 14, 2023. The Court determines that the Motion should be, and is hereby, **GRANTED**. Accordingly, the Court **ORDERS** that Leif A. Olson, formerly of the Office of the Attorney General of Texas, be allowed to withdraw and hereby is withdrawn as counsel in this matter. Plaintiff remains represented by fellow attorneys of the Office of the Attorney General of Texas. The Clerk is directed to remove Mr. Olson from the electronic service list in this case.

**SO ORDERED** on this **15th day** of **August, 2023.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE