IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>    *Defendants*. | No. 4:23-cv-604-O |

**JOINT MOTION TO HOLD DEFENDANTS' DEADLINE
TO RESPOND TO COMPLAINT IN ABEYANCE**

The parties respectfully move to hold Defendants' deadline to respond to the Complaint in this matter in abeyance pending further order of the Court. On August 15, 2023, the Court ordered the parties to confer regarding scheduling by August 29, and to prepare and submit a Report Regarding Contents of Scheduling Order ("Joint Report") by September 12, 2023. Pursuant to the Court's order, the parties have conducted initial discussions concerning a schedule for dispositive motions practice in this matter, including a schedule under which the parties would brief cross-motions for summary judgment rather than engage in an initial round of motion to dismiss briefing. The parties intend to propose such a schedule in their forthcoming Joint Report. For that reason, there is good cause to hold Defendants' deadline to respond to the Complaint in abeyance while the parties conduct further discussions regarding scheduling, which may render a separate answer or motion to dismiss unnecessary.

Dated: August 23, 2023

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 240105085

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ryan.walters@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
ethan.szumanski@oag.texas.gov

*Counsel for the State of Texas*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

/s/ *John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 22 and 23, 2023, I conferred by email with counsel for Plaintiff concerning the relief requested in this filing. Counsel for Plaintiff indicated that Plaintiff joined the motion.

*/s/ John T. Lewis*
John T. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis
