IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>   *Plaintiff*,<br><br>  v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>   *Defendants*. | No. 4:23-cv-604-O |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO HOLD DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT IN ABEYANCE**

  Upon consideration of the joint motion to hold Defendants' deadline to respond to the Complaint in this matter in abeyance, the motion is hereby GRANTED. Defendants' deadline shall be held in abeyance pending further order of the Court.

Dated: _____  _____
                              REED O'CONNOR
                              UNITED STATES DISTRICT JUDGE