IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| THE STATE OF TEXAS, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00604-O |
| MIGUEL CARDONA, *et al.* | § | |
| Defendants. | § | |

### ORDER

Before the Court is the Joint Motion to Hold Defendants' Deadline to Respond to Complaint in Abeyance (ECF No. 17), filed August 23, 2023. In the Motion, the parties agree to stay Defendants' deadline to answer or otherwise respond to the Complaint until after submission of the parties' proposed schedule on September 12, 2023. Finding that this stay of the deadline may promote the efficient resolution of this dispute, the Court finds good cause and **GRANTS** the Motion.

**SO ORDERED** on this **25th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1