UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br> *Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br> *Defendants*. | No. 4:23-cv-00604-O |

## PLAINTIFF'S NOTICE OF APPEARANCE

 Plaintiff, the State of Texas, files this Notice of Appearance to alert the Court that Munera Al-Fuhaid will appear as counsel in the above-captioned case along with counsel listed below. Ms. Al-Fuhaid is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. Her contact information is in the signature block below.

| | |
|---|---|
| Date: August 30, 2023 | Respectfully submitted, |
| Angela Colmenero<br>Provisional Attorney General | Ryan D. Walters<br>Deputy Chief, Special Litigation Division<br>Texas State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| Brent Webster<br>First Assistant Attorney General | /s/ *Munera Al-Fuhaid*<br>Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| Grant Dorfman<br>Deputy First Assistant Attorney General | |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 463-2100 | Ethan Szumanski<br>Assistant Attorney General<br>Texas State Bar No. 24123966<br>ethan.szumanski@oag.texas.gov |
| | **Counsel for the State of Texas** |

## Certificate of Service

On August 30, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid