IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00604-O |
| § | |
| MIGUEL CARDONA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 20), filed on September 12, 2023. In the report, the parties agree that this case should be decided on dispositive motions without the need for trial or discovery. ECF No. 20 at 3–4. To that end, the parties provide a proposed schedule for resolution of this matter by dispositive cross-motions. *Id.* at 2–5. After due consideration, the Court finds the parties' proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. The deadline to join other parties is **October 13, 2023**.
2. The deadline to amend the pleadings is **October 13, 2023**.
3. Plaintiff shall file its dispositive motion by **October 20, 2023**.
4. Defendants shall file their cross-dispositive motion by **December 1, 2023**.
5. Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **January 12, 2024**.
6. Defendants shall file their reply in support of their cross-dispositive motion and opposition to Plaintiff's dispositive motion by **February 9, 2024**.

**SO ORDERED** this **12th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE