**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| THE STATE OF TEXAS,<br><br>     *Plaintiff*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity<br>as Secretary of Education, et al.,<br><br>     *Defendants*. | No. 4:23-cv-604-O |

**NOTICE OF FILING CERTIFICATION OF ADMINISTRATIVE RECORD**

Please take notice that Defendant the U.S. Department of Education is filing its

certification of the administrative record in this matter. The signed certification is attached

hereto.

Dated: September 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, a copy of the foregoing was filed

electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis