UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    PLAINTIFF,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    DEFENDANTS. | No. 4:23-cv-00604-O |

### TEXAS'S MOTION FOR SUMMARY JUDGMENT

Plaintiff State of Texas moves this Court for an order granting its Motion for Summary Judgment on Counts I and II of its Complaint (ECF No. 1), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.3. This motion is supported by Texas's Memorandum in Support of its Motion for Summary Judgment, which sets forth the argument and authorities on which Texas relies and contains the matters required by Local Rule 56.3.

| | |
|---|---|
| Dated October 20, 2023. | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General | /s/ Ryan D. Walters<br>RYAN D. WALTERS<br>*Attorney-in-Charge* |
| BRENT WEBSTER<br>First Assistant Attorney General | Chief, Special Litigation Division<br>Texas Bar No. 24105085 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501 |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | AMY S. HILTON<br>Special Counsel<br>Texas Bar No. 24097834 |
| | ETHAN SZUMANSKI<br>Special Counsel<br>Texas Bar No. 24123966 |

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ryan.walters@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
amy.hilton@oag.texas.gov
ethan.szumanski@oag.texas.gov

**Counsel for the State of Texas**

### CERTIFICATE OF SERVICE

I certify that on October 20, 2023, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

/s/ Ryan D. Walters
RYAN D. WALTERS