IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | No. 4:23-cv-604-O |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of the unopposed motion for extension of time filed by Defendants Miguel Cardona, in his official capacity as Secretary of Education, the United States Department of Education, Merrick B. Garland, in his official capacity as Attorney General of the United States, and the United States Department of Justice, the motion is hereby **GRANTED.** The deadlines for the parties' reply briefs in support of their respective dispositive motions are hereby reset as follows:

- Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **January 22, 2024.**

- Defendants shall file their reply in support of their cross-dispositive motion and opposition to Plaintiff's dispositive motion by **February 29, 2024.**

**SO ORDERED.**

Dated: _____         _____
                                        REED O'CONNOR
                                        UNITED STATES DISTRICT JUDGE