IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00604-O |
| MIGUEL CARDONA, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time (ECF No. 25), filed on November 30, 2023. Defendants request a short extension of certain summary judgment deadlines. Noting the requested extension is unopposed, the Court **GRANTS** the Motion. Accordingly, the **ORDERS** that the briefing deadlines are amended as follows:

1. Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **January 22, 2024**.
2. Defendants shall file their reply in support of their cross-dispositive motion and opposition to Plaintiff's dispositive motion by **February 29, 2024**.
3. All other deadlines remain in place.

**SO ORDERED** this **30th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE