IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | No. 4:23-cv-604-O |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' CROSS-MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' Cross-Motion to Dismiss or, in the Alternative, for Summary Judgment, the motion is hereby **GRANTED.** [This case is hereby **DISMISSED** for lack of subject-matter jurisdiction under Rule 12(b)(1).] / [Judgment is hereby **ENTERED** for Defendants on all of Plaintiff's claims.] The Clerk is directed to **CLOSE** this matter.

**SO ORDERED.**

Dated: _____      _____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE