IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | No. 4:23-cv-604-O |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff the State of Texas and Defendants Miguel Cardona, in his official capacity as Secretary of Education, the United States Department of Education, Merrick B. Garland, in his official capacity as Attorney General of the United States, and the United States Department of Justice (collectively, the "Parties") hereby respectfully jointly move to extend the amount of time provided by the Court's Amended Scheduling Order, ECF No. 26, relating to dispositive motion briefing. Specifically, the Parties request that the Court extend the deadline for Plaintiff's reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion from January 22, 2024, to **February 29, 2024**, and to extend the deadline for Defendants' reply in support of their cross-dispositive motion from February 29, 2024, to **April 29, 2024**.

There is good cause to extend these deadlines. Plaintiff seeks this extension given counsel's briefing deadlines in other matters during January and February, including responding to recently filed preliminary injunction motions in *United States v. Texas*, No. 1:24-cv-00008-RP, and *Las Americas Immigrant Advocacy Center v. McCraw*, No. 1:23-cv-01537-DII (both of which are pending

1

in the United States District Court for the Western District of Texas). Defendants are willing to accommodate Plaintiff's extension request. Such an extension, however, would create several conflicts in preparing Defendants' reply brief. Various attorneys at the Department of Education will be on leave throughout March and April. And Mr. Lewis, who is the primary Department of Justice attorney assigned to this case, is scheduled to be on parental leave beginning April 22, 2024. To accommodate everyone's schedules, Defendants therefore request an extension until April 29, 2024.

    A proposed order is attached.

| | |
|---|---|
| Dated: January 18, 2024 | Respectfully submitted, |
| | */s/ Ryan D. Walters* <br> RYAN D. WALTERS <br> Chief, Special Litigation Division <br> Texas Bar No. 240105085 |
| KEN PAXTON <br> Attorney General | |
| BRENT WEBSTER <br> First Assistant Attorney General | Munera Al-Fuhaid <br> Special Counsel <br> Texas Bar No. 24094501 |
| GRANT DORFMAN <br> Deputy First Assistant Attorney General | Ethan Szumanski <br> Special Counsel <br> Texas Bar No. 24123966 |
| RALPH MOLINA <br> Deputy Attorney General for Legal Strategy | Office of the Attorney General of Texas <br> Special Litigation Division <br> P.O. Box 12548, Capitol Station <br> Austin, Texas 78711-2548 <br> ryan.walters@oag.texas.gov <br> munera.al-fuhaid@oag.texas.gov <br> ethan.szumanski@oag.texas.gov |

**Counsel for the State of Texas**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2024, a copy of the foregoing Joint Motion for Extension of Time was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                                 */s/ Ryan D. Walters*
                                                 Ryan D. Walters