# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>  *Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>  *Defendants*. | No. 4:23-cv-604-O |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Before the Court is the Joint Motion for Extension of Time filed by the parties, filed on January 18, 2024. Noting the motion is jointly requested by the parties, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** that the briefing deadlines are amended as follows:

1. Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **February 29, 2024**.

2. Defendants shall file their reply in support of their cross-dispositive motion by **April 29, 2024**.

3. All other deadlines remain in place.

**SO ORDERED** this ___ day of **January, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE