**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:23-cv-00604-O** |
| | § | |
| **MIGUEL CARDONA, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time (ECF No. 29), filed on January 18, 2024. The parties request a short extension of certain summary judgment deadlines. Noting the requested extension is made jointly and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that the briefing deadlines are amended as follows:

1. Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **February 29, 2024**.

2. Defendants shall file their reply in support of their cross-dispositive motion and opposition to Plaintiff's dispositive motion by **April 29, 2024**.

3. All other deadlines remain in place.

**SO ORDERED** this **18th day** of **January, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**