IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| The State of Texas, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:23-cv-00604-O |
| | § | |
| Miguel Cardona, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 23) and **DENIES** Defendants' Cross-Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 27).

2. The Court **VACATES** and **SETS ASIDE** the June 22, 2021 Notice of Interpretation, the June 23, 2021 Dear Educator Letter, and the June 23, 2021 Fact Sheet (collectively, the "Guidance Documents").

3. The Court **DECLARES** that the Guidance Documents are unlawful. Relatedly, the Court also **DECLARES** unlawful the interpretation in the Guidance Documents—as well as in any future agency guidance documents—that the anti-discrimination provisions of Title IX do not include sexual orientation or gender identity.

4. The Court **ENJOINS** Defendants and their agents from implementing or enforcing the Guidance Documents against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Defendants and their agents are also **ENJOINED** from enforcing the Guidance Documents against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Further, Defendants and their agents are **ENJOINED** from initiating, continuing, or concluding any investigation based on Defendants' interpretation in the Guidance Documents—as well as in any future agency guidance documents—that define "sex" to includes gender identity or sexual orientation in Title IX's prohibition against discrimination on the basis of sex against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Additionally, Defendants and their agents are **ENJOINED** from using the Guidance Documents or asserting the Guidance Documents carry any weight—as well as any future agency guidance documents—in any litigation in Texas or against Plaintiff and its respective schools, school boards, and other public, educationally based institutions that is initiated following the date of this Final Judgment

5. All other relief not expressly granted herein is **DENIED**.

This Final Judgment **SHALL** fully bind Defendants and any officers, agents, servants, employees, attorneys, or other persons in active concert or participation with Defendants.

**SO ORDERED** on this **11th day** of **June, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE