IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>          *Plaintiff*,<br><br>     v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>          *Defendants*. | No. 4:23-cv-604-O |

**[PROPOSED] ORDER GRANTING
TEXAS'S PARTIALLY UNOPPOSED MOTION FOR CORRECTION,
CLARIFICATION, AND TO ALTER OR AMEND THE FINAL JUDGMENT**

Before the Court is Texas's Motion for Correction, Clarification, and to Alter or Amend the Final Judgment. After consideration of the Motion, any response, and any other relevant authorities, the Court **GRANTS** the Motion.

**SO ORDERED** this ___ **day** of **June, 2024.**

_____

Reed O'Connor
UNITED STATES DISTRICT JUDGE