IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  4:23-cv-00604-O |
| MIGUEL CARDONA, *ET AL.*, | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's Partially Unopposed Motion for Correction, Clarification, and to Alter or Amend the Final Judgment (ECF No. 39), filed on June 14, 2024. Defendants **SHALL** submit a response regarding the requested relief that they oppose by no later than **June 19, 2024**. Plaintiff may reply by no later than **June 21, 2024**.

**SO ORDERED** on this **14th day** of **June, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE