AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| State of Texas | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 4:23-cv-604-O |
| Miguel Cardona et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:   06/19/2024

*Attorney's signature*

Simon Gregory Jerome, D.C. Bar. No.1779245
*Printed name and bar number*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W., Room 12306
Washington, D.C. 20005

*Address*

simon.g.jerome@usdoj.gov
*E-mail address*

(202) 514-2705
*Telephone number*

(202) 616-8460
*FAX number*