IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00604-O |
| § | |
| MIGUEL CARDONA, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 23) and **DENIES** Defendants' Cross-Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 27).

2. The Court **VACATES** and **SETS ASIDE** the June 22, 2021 Notice of Interpretation, The June 23, 2021 Dear Educator Letter, and the June 23, 2021 Fact Sheet (collectively, the "Guidance Documents").

3. The Court **DECLARES** that the Guidance Documents are unlawful. Relatedly, the Court also **DECLARES** unlawful the interpretation in the Guidance Documents—as well as in any future agency action—that the anti-discrimination provisions of Title IX include sexual orientation or gender identity.

4. The Court **ENJOINS** Defendants and their agents from implementing or enforcing the Guidance Documents against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Defendants and their agents are also **ENJOINED** from implementing or enforcing Title IX based on an interpretation that "sex" includes gender identity or sexual orientation in Title IX's prohibition against discrimination on the basis of sex against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Further, Defendants and their agents are **ENJOINED** from initiating, continuing, or concluding any investigation based on Defendants' interpretation that defines "sex" to include gender identity or sexual orientation in Title IX's prohibition against discrimination on the basis of sex against Plaintiff and its respective schools, school boards, and other public, educationally based institutions. Additionally, Defendants and their agents are **ENJOINED** from using the Guidance Documents or asserting the unlawful interpretation of Title IX in the Guidance Documents—as well as asserting the same interpretation in any future agency action— carry any weight in any future litigation initiated in Texas or against Plaintiff and its respective schools, school boards, and other public, educationally based institutions following the date of this Order.

5. This scope of this relief **SHALL** not extend to pending cases involving *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (to be codified at 34 C.F.R. § 106 on August 1, 2024) (the "Final Rule").

6. All other relief not expressly granted herein is **DENIED**.

7. This Judgment **SHALL** fully bind Defendants and any officers, agents, servants, employees, attorneys, or other persons in active concert or participation with Defendants.

**SO ORDERED** on this **5th day** of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

3