# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

STATE OF TEXAS,

        *Plaintiff*,

    v.

MIGUEL CARDONA, in his official
capacity as Secretary of Education,
*et al.*,

        *Defendants*.

Civil Action No. 4:23-cv-00604-O

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.12, Defendants Miguel Cardona, in his official capacity as Secretary of Education, the United States Department of Education, Merrick B. Garland, in his official capacity as Attorney General of the United States, and The United States Department of Justice hereby move the Court to withdraw John T. Lewis as counsel and to substitute Jacob S. Siler as counsel.

1.    John T. Lewis is leaving the Department of Justice, Civil Division, Federal Programs Branch and will no longer be involved in this matter in any capacity.

2.    Jacob S. Siler is an attorney in the Department of Justice, Civil Division, Federal Programs Branch. Defendants seek to substitute Mr. Siler as counsel in this matter. Mr. Siler is member of the Bar of the District of Columbia in good standing and is eligible to appear in this Court pursuant to Local Rule 83.11.

3.    Defendants will not be prejudiced by Mr. Lewis's withdrawal. Plaintiff does not oppose the motion.

For the foregoing reasons, Defendants respectfully ask the Court to grant its motion to withdraw attorney John T. Lewis from this matter and that his name be removed from all service lists in this case, including the Notice of Electronic Filing list.  Further, Defendants respectfully ask the Court to permit the substitution of counsel Jacob S. Siler and that parties provide filings and other documents regarding this case to his attention, as follows:

> JACOB S. SILER (D.C. Bar No. 1003383)
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, NW
> Washington, DC 20005
> Telephone: (202) 353-4556
> Facsimile: (202) 616-8460
> Email: Jacob.S.Siler@usdoj.gov

A proposed order is attached to this motion.

Dated: January 16, 2025                     Respectfully submitted,

> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> EMILY B. NESTLER
> Assistant Branch Director
>
> */s/ Jacob S. Siler*
> JACOB S. SILER (D.C. Bar No. 1003383)
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, NW
> Washington, DC 20005
> Telephone: (202) 353-4556
> Facsimile: (202) 616-8460
> Email: Jacob.S.Siler@usdoj.gov
>
> *Counsel for Defendants*

2

**Certificate of Conference**

I certify that on January 15, 2025, I conferred via email with Ryan D. Walters, counsel for Plaintiff, regarding this motion.  Mr. Walters stated that Plaintiff consents to the relief requested in this motion.

/s/Jacob S. Siler
JACOB S. SILER