IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>       *Defendants*. | Civil Action No. 4:23-cv-00604-O |

**PROPOSED ORDER**

Having reviewed Defendants' Unopposed Motion to Withdraw and Substitute Counsel, the Court hereby GRANTS the motion. The Court approves the withdrawal of John T. Lewis as counsel for the Defendants in this matter, and orders that Jacob S. Siler will be substituted as counsel for Defendants. The Clerk's Office is instructed to remove Mr. Lewis from all service lists in this case, including the Notice of Electronic Filing list, and to add Jacob S. Siler to all service lists in this case, including the Notice of Electronic Filing list, to receive notices as counsel for the Defendants, as follows:

    JACOB S. SILER (D.C. Bar No. 1003383)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-4556
    Facsimile: (202) 616-8460
    Email: Jacob.S.Siler@usdoj.gov

Dated:_____, 2025

                                                                        REED O'CONNOR
                                                                        UNITED STATES DISTRICT JUDGE