IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00604-O |
| **MIGUEL CARDONA,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Having reviewed Defendants' Unopposed Motion to Withdraw and Substitute Counsel, the Court hereby **GRANTS** the motion. The Court approves the withdrawal of John T. Lewis as counsel for the Defendants in this matter, and orders that Jacob S. Siler will be substituted as counsel for Defendants. The Clerk's Office is instructed to remove Mr. Lewis from all service lists in this case, including the Notice of Electronic Filing list, and to add Jacob S. Siler to all service lists in this case, including the Notice of Electronic Filing list, to receive notices as counsel for the Defendants, as follows:

JACOB S. SILER (D.C. Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-4556
Facsimile: (202) 616-8460
Email: Jacob.S.Siler@usdoj.gov

**SO ORDERED** this **27th day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE